# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| ROBERT PERKINS and DIANA RICHARDSON, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CASE NO. 5:23-CV-00071-RWS-JBB |
| ADAMS TRUCKING, INC. and WAYNE A. PILE, | § § § § | |
| Defendants. | | |

## ORDER

Before Court is the parties' Joint Stipulation of Dismissal (Docket No. 30). Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. In the joint stipulation of dismissal, Plaintiffs Robert Perkins and Diana Richardson dismiss with prejudice all of their claims and causes of action against Defendants Adams Trucking, Inc. and Wayne A. Pile in the above-captioned civil action. Accordingly, it is

**ORDERED** that the Joint Stipulation of Dismissal (Docket No. 30) is accepted by the Court and that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and expenses. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 1st day of March, 2024.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE